Official Form 1 (1/08)

| United States Bankruptcy Court<br>WESTERN DISTRICT OF MICHIGAN | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Auto Cast, Inc.,**<br>**a  Corporation** | Name of Joint Debtor (Spouse)(Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**NONE** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): **5593** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |

| Street Address of Debtor (No. & Street, City, and State):<br>**4565 Spartan Industrial Dr. SW**<br>**Grandville MI** | ZIPCODE<br>**49418** | Street Address of Joint Debtor (No. & Street, City, and State): | ZIPCODE |
|---|---|---|---|
| County of Residence or of the<br>Principal Place of Business: **Kent** | | County of Residence or of the<br>Principal Place of Business: | |
| Mailing Address of Debtor (if different from street address):<br>**SAME** | ZIPCODE | Mailing Address of Joint Debtor (if different from street address): | ZIPCODE |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): **SAME** | ZIPCODE | | |

**Type of Debtor** (Form of organization)
(Check **one** box.)

- [ ] Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (if debtor is not one of the above entities, check this box and state type of entity below)

**Nature of Business**
(Check **one** box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose"
- [x] Debts are primarily business debts.

**Chapter 11 Debtors:**

Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Check all applicable boxes:
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Filing Fee** (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Offi cial Form 3B.

**Statistical/Administrative Information**

- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,000 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

Official Form 1 (1/08)                                                                                                          FORM B1, Page   2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>*Auto Cast, Inc.,*<br>*a  Corporation* |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years**   (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:<br>*NONE* | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>*NONE* | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under Chapter 11)<br><br>☐ Exhibit A is attached and made a part of this petition | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. §342(b).<br>**X**  _____  *08/24/2009*<br>Signature of Attorney for Debtor(s)     Date |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

Official Form 1 (1/08)                                                                                          FORM B1, Page    3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | ***Auto Cast, Inc.,***<br>***a  Corporation*** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b)

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed name of Foreign Representative)

08/24/2009
(Date)

### Signature of Attorney*

X ***/s/ A. Todd Almassian***
Signature of Attorney for Debtor(s)

***A. Todd Almassian P55467***
Printed Name of Attorney for Debtor(s)

***Keller, Vincent & Almassian PLC***
Firm Name

***2810 East Beltline Lane NE***
Address

***Grand Rapids MI   49525***

***616-364-2100***
Telephone Number

***08/24/2009***
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X ***/s/ Carl Homrich***
Signature of Authorized Individual

***Carl Homrich***
Printed Name of Authorized Individual

***CEO***
Title of Authorized Individual

***08/24/2009***
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
## WESTERN DIVISION

In re  *Auto Cast, Inc., a  Corporation*                                    Case No.
                                                                            Chapter *11*

_____ / Debtor

Attorney for Debtor:   *A. Todd Almassian*

# STATEMENT PURSUANT TO RULE 2016(B)

The undersigned, pursuant to Rule 2016(b), Bankruptcy Rules, states that:

1. The undersigned is the attorney for the debtor(s) in this case.

2. The compensation paid or agreed to be paid by the debtor(s), to the undersigned is:
   a) For legal services rendered or to be rendered in contemplation of and in
      connection with this case . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $_____*hourly*_____
   b) Prior to the filing of this statement, debtor(s) have paid . . . . . . . . . . . . . . $_____*51,720.00*_____
   c) The unpaid balance due and payable is . . . . . . . . . . . . . . . . . . . . . . . . . $_____*0.00*_____

3. $ ____*1,039.00*____ of the filing fee in this case has been paid.

4. The Services rendered or to be rendered include the following:
   a) Analysis of the financial situation, and rendering advice and assistance to the debtor(s) in determining whether to
      file a petition under title 11 of the United States Code.
   b) Preparation and filing of the petition, schedules, statement of financial affairs and other documents required by the
      court.
   c) Representation of the debtor(s) at the meeting of creditors.

5. The source of payments made by the debtor(s) to the undersigned was from earnings, wages and compensation for
   services performed, and
      *None other*

6. The source of payments to be made by the debtor(s) to the undersigned for the unpaid balance remaining, if any, will
   be from earnings, wages and compensation for services performed, and
      *None other*

7. The undersigned has received no transfer, assignment or pledge of property from debtor(s) except the following for
   the value stated:
      *None*

8. The undersigned has not shared or agreed to share with any other entity, other than with members of undersigned's
   law firm, any compensation paid or to be paid except as follows:
      *None*

Dated: *08/24/2009*                          Respectfully submitted,


                              X */s/ A. Todd Almassian*_____
          Attorney for Petitioner: *A. Todd Almassian*
                                   *Keller, Vincent & Almassian PLC*
                                   *2810 East Beltline Lane NE*
                                   *Grand Rapids MI  49525*

                                   *616-364-2100*
                                   *kvalaw@sbcglobal.net*

# <u>CONTRACT FOR LEGAL SERVICES</u>

1.  This agreement is made on <u>August 24</u>, 2009, between KELLER, VINCENT & ALMASSIAN PLC, hereinafter referred to as "Attorneys" and **AUTO CAST, INC.**, hereinafter referred to as "Clients".

2.  The Clients require legal services regarding **Non-Bankruptcy Debt Relief/Chapter 11**, and wish to employ the Attorneys to handle the matter.

3.  The Clients retain the Attorneys for all matters relating to this legal action.

4.  The Clients agree that work relating to this action will be done by the attorneys, legal assistants, and/or secretaries employed by the Attorneys at the discretion of KELLER, VINCENT & ALMASSIAN PLC.

5.  All fees are subject to Court Approval.

6.  The Clients agrees to pay the Attorneys the following fees:

    a.   The sum of $ <u>50,000.00</u> as a retainer.

    b.   An hourly fee of $250.00 (billed in minimum 1/10 hour increments) for any work done by Partners.  The Client further agrees to pay an hourly fee of $200.00 for Associates and other Attorneys retained by the firm. An hourly fee of $90.00 (billed in minimum 1/10 hour increments) for any work done by a paralegal or legal assistant.  Costs shall include, but not be limited to, photocopy costs, faxing costs, postage, and long-distance telephone charges.  The Clients further understand and agree that the hourly rates may change from time to time.  If the hourly rate for the attorneys and/or legal assistants should increase, the Clients shall be charged that increased hourly rate upon notice to the Clients of the new rate(s).

    c.   The Clients agree that they will be billed a **minimum** of one (1) hour for any administrative or court appearance.

    d.   The Clients agree that the fee is based not merely on the purchase of a fixed amount of attorney time, but also on *Rule 1.5 of the Michigan Rules of Professional Conduct,* including:

        i.   The time and labor required, the novelty and difficulty of the questions involved, and the expertise and skill requisite to perform the legal service properly;

01.14.03

    ii.      The likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer;

    iii.     The amount involved and the results obtained;

    iv.     The time limitations imposed by the Clients or by the circumstances;

    v.      The experience, reputation, and ability of the lawyer or lawyers performing the legal services.

7. The Attorneys agree to accept this fee from the Clients and to perform necessary legal services with diligence and dispatch in connection with this legal action.

8. The Clients agree that the Attorneys shall have the authority to endorse any and all checks received and deposit them in the Clients' Trust Account.

9. The Clients agree that the Attorneys shall be entitled to an attorney's lien on any asset owned or due to the Clients for such outstanding amount/balance that is due and payable to the Attorneys.

10. If at any time during the case, the minimum fee is insufficient to meet the anticipated costs and attorney fees associated with a scheduled trial or hearing, an additional minimum fee in the amount determined by the Attorneys shall be paid to the Attorneys no less than fourteen (14) days before a scheduled trial or hearing.

11. The Clients understand that *Michigan Rule of Professional Conduct 1.16* allows the Attorneys to withdraw from representation of the Clients if any of the following occur:

    a.     The Clients insist upon pursuing a course of action that the lawyers consider repugnant or imprudent;

    b.     The Clients fail to pay the fees required under this contract after reasonable warning that non-payment will result in withdrawal;

    c.     Continued representation will result in an unreasonable financial burden on the lawyers. The Clients understand that a copy of MRPC 1.16 will be provided upon request.

12. The Clients understand that if monies cannot be provided for payment of legal fees, the Client shall consent, upon request, to the release of KELLER, VINCENT & ALMASSIAN PLC, as the Clients' counsel and the allowance of KELLER, VINCENT & ALMASSIAN PLC to withdraw, upon appropriate stipulation and order, from any legal proceedings initiated.

13. The Clients hereby acknowledge receipt of a copy of the Contract for Legal Services.

14. THE UNDERSIGNED CLIENTS ACKNOWLEDGE THAT SAID CLIENTS HAVE FULLY READ AND UNDERSTAND THE FINANCIAL OBLIGATIONS UNDER THIS CONTRACT.

15. The undersigned acknowledges that there are no terms, promises, or conditions that are not contained within this document. Any modifications to this agreement shall be in writing signed by the signatories to this agreement.

Auto Cast, Inc.

Dated: _____8/24/09_____          By:___/s/Carl Homrich_____
                                                              Its CEO

Accepted by:


_____/s/A. Todd Almassian_____
A. Todd Almassian, Attorney/Member
Keller, Vincent & Almassian PLC

01.14.03                                    3

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MICHIGAN
# WESTERN DIVISION

In re *Auto Cast, Inc., a  Corporation*

Case No.
Chapter  *11*

_____ / Debtor

Attorney for Debtor:  **A. Todd Almassian**

## **VERIFICATION OF CREDITOR MATRIX**

The above named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of my (our) knowledge, and that all creditors listed on the schedules (if filed with the matrix) are listed on the matrix.

Date: *08/24/2009*
_____

*/s/ A. Todd Almassian*
_____
Attorney for the Debtor

*/s/ Carl Homrich*
_____
Debtor

ABB INC
PO BOX 88880
CHICAGO  IL  60695


ACTION MOLD & MACH
3120 KEN-O-SHA INDUSTRIAL CT
GRAND RAPIDS  MI  49508


ACTION PACKAGING
6995 SOUTHBELT DR
CALEDONIA  MI  49316


ADAMS REMCO INC
PO BOX 3968
SOUTH BEND  IN  46619-0968


ADVANCE PRODUCTS
2527 HWY M-63
BENTON HARBOR  MI  49022


ALL PHASE WELDING
711 IONIA AVE NW
GRAND RAPIDS  MI  49503


ALLIED FINISHING INC
PO BOX 3728
GRAND RAPIDS  MI  49501


ALLIED METAL COMPANY
PO BOX 809332
CHICAGO  IL  60680-9332

ALTEX-MAR ELECTORNICS
17201 WESTFIELD PARK DR
 76074


AMANDA BENT BOLT
9271 PAYSPHERE CIRCLE
CHICAGO  IL  60674


BANKIER COMPANIES
6151 GROSS POINT RD
NILES  IL  60714


BEX BUCKEY CO INC
1230-A WEST 58TH ST
CLEVELAND  OH  44102


BIL-MAC CORPOARATION
2995 44TH ST SW
GRANDVILLE  MI  49418


BLUE CARE NETWORK
PO BOX 33608
DETROIT  MI  48232-5608


BODYCOTE MATERIAL
4124 SOLUTIONS CENTER
CHICAGO  IL  60677-4002


BOND-FLUIDAIRE INC
5506 36TH ST SE
GRAND RAPIDS  MI  49512

```
BORCULO POLISHING
541 EAST ROOSEVELT
ZEELAND  MI  49464


BOUMA BROS SALES
1529 BURLINGAME SW
WYOMING  MI  49509-1091


BRUCE MIRANDETTE
525 PLAINFIELD AVE NW
GRAND RAPIDS  MI  49525


BURKK INC
4455 AIRWEST DR  SE
GRAND RAPIDS  MI  49512


C&K SERVICES
3433 LOUSMA DR
GRAND RAPIDS  MI  49548


CINTAS FIRST AID
5079 33RD ST
GRAND RAPIDS  MI  49512


CITY OF GRANDVILLE
DEPT 200
PO BOX 2545
GRAND RAPIDS  MI  49501-2545


COIN MECHANISMS
PO BOX 5128
GLENDALE HEIGHTS  IL  60139
```

CONSOLIDATED CONT
6195 BELMONT AVE
BELMONT  MI  49306


CONSUMERS ENERGY
PO BOX 30090
LANSING  MI  48909-7590


CRD ENTERPRISES
549 CAPITAL DR
LAKE ZURICH  IL  60047


DONALD A  SNIDE
333 BRIDGE ST NW
PO BOX 352
GRAND RAPIDS  MI  49501


DTE ENERGY
PO BOX 630795
CINCINNATI  OH  45263-0795


EA ALUMINUM CORP
PO BOX 36026
NEWARK  NJ  07188-6026


ELITE MFG TECH INC
PO BOX 95109
PALATINE  IL  60095-0109


EMPIRE REFRACTORY
2000 BYRON CENTER AVE SW
WYOMING  MI  49519

```
EXTRUDE HONE CORP
PO BOX 200484
PITTSBURGH  PA  15251-0484


FABRICATION TECHOLOGY
1925 ENTERPRISE CT
LIBERTYVILLE  IL  60048


FASCO INC
11610 S  AUSTIN AVE
ALSIP IL  60803


FIA CARD SERVICES
PO BOX 15710
WILMINGTON  DE  19886-5710


FIBERS OF KALAMAZOO
PO BOX 51028
KALAMAZOO  MI  49005


GAIL IKERD
3050 16TH AVE
HUDSONVILLE  MI  49426


GENESEE POLYMERS
G-4099 SOUTH DORT HWY
BURTON  MI  48529-1827


GENESIS INC
301 WEST CENTRAL AVE
ROSELLE  IL  60172
```

```
GLOBAL PLASTICS INC
6739 GUION RD
INDIANAPOLIS  IN  46268


GOOD METALS INC
PO BOX 9469
WYOMING  MI  49509-0469


GRAND RAPIDS CITY TREASURER
INCOME TAX DEPARTMENT
PO BOX 347
GRAND RAPIDS  MI  49501-0347


GRAND RAPIDS POLISHING
PO BOX 9297
WYOMING  MI  49509-9297


GRAND RAPIDS SCALE
4215 STAFFORD SW
GRAND RAPIDS  MI  49548


GREAT LAKES AUTOMOTIVE
PO BOX 671121
DETROIT  MI  48267-1121


GREAT LAKES CLEANING
4812 PATTERSON SE
GRAND RAPIDS  MI  49512


HILDRETH MANUFACT
PO BOX 905
MARION  OH  43301-0905
```

```
HUNGERFORD  ALDRIN  NICHOLS
& CARTER  PC
PO BOX 3265
GRAND RAPIDS  MI  49501-3265


HUNTINGTON NATIONAL BANK
ONE FINANCIAL PLAZA
10717 ADAMS ST (MI 094)
HOLLAND  MI  49423


INDEPENDENT DIE CUT
1265 GODFREY SW
GRAND RAPIDS  MI  49503


INDUSTRIAL LAUNDRY
4929 E PARIS SE
GRAND RAPIDS  MI  49512


ITW SUPERB PROD
75 REMITTANCE DR
SUITE 1438
CHICAGO  IL  60675-1438


JAMES WIGGERS
3897 72ND AVE
ZEELAND  MI  49464


KAMP OIL
PO BOX 8185
GRAND RAPIDS  MI  49518-8185
```

```
KENDALL ELECTRIC
PO BOX 671121
DETROIT  MI  48267-1121


LAKELAND ELECTRICAL
PO BOX 176
3790 MILLCREEK NE
COMSTOCK PARK  MI  49321


LINDBERG/MPH
12813 COLLECTIONS CENTER
CHICAGO  IL  60693


MASTER FINISH CO
2020 NELSON SE
PO BOX 7505
GRAND RAPIDS  MI  49510-7505


MCMASTER-CARR
PO BOX 7690
CHICAGO  IL  60680-7690


MECHANICAL FINISHING
1350 BELFIELD SW
WYOMING  MI  49509-0469


MICHCOR CONTAINER
1100 HYNES AVE
SUITE D
GRAND RAPIDS  MI  49507
```

```
MICHIGAN PALLET INC
PO BOX 97
SAINT CHARLES  MI  48655


MIDWEST SAFETY PRO
4929 EAST PARIS SE
GRAND RAPIDS  MI  49512-5351


MSC IND SUPPLY CO
DEPT CH 0075
PALATINE  IL  60055-0075


NEP ELECTRONICS
805 MITTEL DR
  1395 00


OUDENSHA AMERICA
1894 SO  ELMHURST RD
MOUNT PROSPECT  IL  60056


PAM JAGER
515 24TH AVE
HUDSONVILLE  MI  49426


PAMELA JAGER
515 24TH AVE
HUDSONVILLE  MI  49426


PARAGON TECHONOLOGY
5775 TEN MILE
WARREN  MI  48091
```

PCS COMPANY
75 REMITTANCE DR
SUITE 3028
CHICAGO  IL  60675-3028


PLUMMER'S ENVIRONM
10075 SEDROCK INDUSTRIAL DR
BYRON CENTER  MI  49315


PRECISION FINISHING
1010 CHICAGO DR SW
WYOMING  MI  49509-0469


PRECISION GRIND LLC
PO BOX 335
GRANDVILLE  MI  49468-0335


PSP
7441 S  DIVISION
SUITE B
GRAND RAPIDS  MI  49548-7137


PURITY CYLINDER GAS
PO BOX 9390
WYOMING  MI  49509-0390


PVI INDUSTRIAL WASHING
2886 CLYDON
WYOMING  MI  49519

```
RAPID CONTROL SERV
2479 28TH ST SW
WYOMING  MI  49519


RELIANCE FINISHING
1236 JUDD SW
WYOMING  MI  49509-0390


RE-SOURCE INDUSTRIAL
1485 GETTY
MUSKEGON  MI  49442


RIVER CITY PACKAGING
1110 MONORE NW
GRAND RAPIDS  MI  49503


SATURN MANUFACTUR
23 PARK ST
BENSENVILLE  IL  60106


SELECT FASTENERS
4350-C AIRWEST DR  SE
BOX 8576
GRAND RAPIDS  MI  49518-8576


SENTINEL FLUID CONT
BOX 3599
3599 RELIABLE PARKWAY
CHICAGO  IL  60686-0035
```

```
SHORELINE CONTAINER
5336 PAYSPHERE CIRCLE
CHICAGO  IL  60674


SIGNET MACHINE INC
3404 BUSCH DR
GRANDVILLE  MI  49418-1057


SOS OFFICE SUPPLY
PO BOX 888843
GRAND RAPIDS  MI  49588-8843


STANDARD ELECTRIC
PO BOX 5289
SAGINAW  MI  48603-0289


STATE SUPPLY CO
885 GRANDVILLE SW
GRAND RAPIDS  MI  49503-5099


SUNKIST GRAPHICS INC
401 EAST SUNSET RD
HENDERSON  NV  89011


SUNSET TOOL
9890 RED ARROW HWY
BRIDGMAN  MI  49106


TECH-ETCH INC
PO BOX 845260
BOSTON  MA  02284-5260
```

```
TERRY L  BERENS
NICEWANDER  BERENS & DEVRIES
513 BALDWIN ST
JENISON  MI  49428


THE MIRANDETTE GRO
5025 PLAINFIELD NE
GRAND RAPIDS  MI  49525


TIFFIN FOUNDRY & MA
PO BOX 37
TIFFIN  OH  44883


TOP DIE PLASTICS INC
13910 DEARBORN AVE
SOUTH BELOIT  IL  61080


TURN KEY TOOL & DIE
801 N CHURCH ST
SUITE B
UNION  MO  63084


UNITED PARCEL SERVICE
LOCK BOX 577
CAROL STREAM  IL  60132-0577


USF HOLLAND
27052 NETWORK PLACE
CHICAGO  IL  60673-1270
```

VISI-TRAK WORLDWIDE
PO BOX 635895
CINCINNATI  OH  45263-5895


WALKER CITY TREASURER
WALKER INCOME TAX DEPT
PO BOX 153
GRAND RAPIDS  MI  49501-0153


WESLEY WIGGERS
6205 EASTRIDGE DR
HUDSONVILLE  MI  49426


X-ERGON
PO BOX 971342
DALLAS  TX  75397-1342

B4 (Official Form 4) (12/07)

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN
## WESTERN DIVISION

In re *Auto Cast, Inc.*                                    Case No.
      *a   Corporation*                                    Chapter   *11*

_____ ,
                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with
Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come
within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such
that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one
of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's
parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C.
§112 and Fed. R. Bankr. P. 1007(m).

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 1<br>Wesley Wiggers<br>6205 Eastridge Dr.<br>Hudsonville MI   49426 | Phone: 616-669-2947<br>Wesley Wiggers<br>6205 Eastridge Dr.<br>Hudsonville MI   49426 | Corporate Loan | | $ 560,974.82 |
| 2<br>James Wiggers<br>3897 72nd Ave<br>Zeeland MI   49464 | Phone: 616-748-4471<br>James Wiggers<br>3897 72nd Ave<br>Zeeland MI   49464 | Corporate Loan | | $ 204,253.70 |
| 3<br>Pam Jager<br>515 24th Ave<br>Hudsonville MI   49426 | Phone: 616-896-1909<br>Pamela Jager<br>515 24th Ave<br>Hudsonville MI   49426 | Corporate Loan | | $ 204,253.70 |
| 4<br>Master Finish Co.<br>2020 Nelson SE<br>PO Box 7505<br>Grand Rapids MI   49510-7505 | Phone: 616-245-1228<br>Master Finish Co.<br>2020 Nelson SE<br>PO Box 7505<br>Grand Rapids MI   49510-7505 | Trade Debt | | $ 195,223.49 |
| 5<br>Gail Ikerd<br>3050 16th Ave<br>Hudsonville MI   49426 | Phone: 616-896-8407<br>Gail Ikerd<br>3050 16th Ave<br>Hudsonville MI   49426 | Corporate Loan | | $ 176,681.69 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 6<br>Allied Metal Company<br>PO Box 809332<br>Chicago IL  60680-9332 | Phone: 312-225-2800<br>Allied Metal Company<br>PO Box 809332<br>Chicago IL  60680-9332 | Trade Debt | | $ 144,621.41 |
| 7<br>Turn Key Tool & Die<br>801 N Church St.<br>Suite B<br>Union MO  63084 | Phone: 636-583-4505<br>Turn Key Tool & Die<br>801 N Church St.<br>Suite B<br>Union MO  63084 | Trade Debt | | $ 120,640.13 |
| 8<br>City of Grandville<br>Dept 200<br>PO Box 2545<br>Grand Rapids MI  49501-2545 | Phone: 616-530-4971<br>City of Grandville<br>Dept 200<br>PO Box 2545<br>Grand Rapids MI  49501-2545 | Property Taxes | | $ 97,101.77 |
| 9<br>The Mirandette Gro<br>5025 Plainfield NE<br>Grand Rapids MI  49525 | Phone: 616-365-7800<br>The Mirandette Gro<br>5025 Plainfield NE<br>Grand Rapids MI  49525 | Trade Debt | | $ 53,216.49 |
| 10<br>Re-Source Industrial<br>1485 Getty<br>Muskegon MI  49442 | Phone: 231-728-1155<br>Re-Source Industrial<br>1485 Getty<br>Muskegon MI  49442 | Trade Debt | | $ 39,073.42 |
| 11<br>EA Aluminum Corp<br>PO Box 36026<br>Newark NJ  07188-6026 | Phone: 845-427-2151<br>EA Aluminum Corp<br>PO Box 36026<br>Newark NJ  07188-6026 | Trade Debt | | $ 30,634.62 |
| 12<br>PSP<br>7441 S. Division<br>Suite B<br>Grand Rapids MI  49548-7137 | Phone: 616-827-2292<br>PSP<br>7441 S. Division<br>Suite B<br>Grand Rapids MI  49548-7137 | Trade Debt | | $ 29,735.66 |
| 13<br>Top Die Plastics Inc.<br>13910 Dearborn Ave.<br>South Beloit IL  61080 | Phone: 815-389-2599<br>Top Die Plastics Inc.<br>13910 Dearborn Ave.<br>South Beloit IL  61080 | Trade Debt | | $ 25,302.37 |

_____ ,
Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| Name of Creditor and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee, Agent, or Department of Creditor Familiar with Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed, or Subject to Setoff | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| 14<br>Blue Care Network<br>PO Box 33608<br>Detroit MI  48232-5608 | Phone: 877-218-1466<br>Blue Care Network<br>PO Box 33608<br>Detroit MI  48232-5608 | Trade Debt | | $ 23,680.03 |
| 15<br>Sunkist Graphics Inc.<br>401 East Sunset Rd<br>Henderson NV  89011 | Phone: 702-566-9008<br>Sunkist Graphics Inc.<br>401 East Sunset Rd<br>Henderson NV  89011 | Trade Debt | | $ 21,314.78 |
| 16<br>Allied Finishing Inc.<br>PO Box 3728<br>Grand Rapids MI  49501 | Phone: 616-698-7550<br>Allied Finishing Inc.<br>PO Box 3728<br>Grand Rapids MI  49501 | Trade Debt | | $ 21,071.28 |
| 17<br>Bankier Companies<br>6151 Gross Point Rd.<br>Niles IL  60714 | Phone: 847-647-6565<br>Bankier Companies<br>6151 Gross Point Rd.<br>Niles IL  60714 | Trade Debt | | $ 14,343.00 |
| 18<br>Oudensha America<br>1894 So. Elmhurst Rd.<br>Mount Prospect IL  60056 | Phone: 847-593-0945<br>Oudensha America<br>1894 So. Elmhurst Rd.<br>Mount Prospect IL  60056 | Trade Debt | | $ 11,760.00 |
| 19<br>Elite Mfg Tech Inc.<br>PO Box 95109<br>Palatine IL  60095-0109 | Phone: 630-351-5757<br>Elite Mfg Tech Inc.<br>PO Box 95109<br>Palatine IL  60095-0109 | Trade Debt | | $ 10,863.07 |
| 20<br>Borculo Polishing<br>541 East Roosevelt<br>Zeeland MI  49464 | Phone: 616-772-6568<br>Borculo Polishing<br>541 East Roosevelt<br>Zeeland MI  49464 | Trade Debt | | $ 10,821.55 |

_____ ,
Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, *Carl Homrich*                              , *CEO*                    of the  *Corporation*          named
as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding Twenty Largest Unsecured Claims and that
they are true and correct to the best of my knowledge, information and belief.


Date: *8/24/2009*          Signature  */s/ Carl Homrich*

                           Name:  *Carl Homrich*
                           Title:  *CEO*