UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

IN RE:

AUTO CAST, INC.

Debtor

_____/

CHAPTER 11
CASE NO. GG 09-09958
HON. JAMES D. GREGG
Filed: 8-24-09

**ORDER APPROVING EXIT FINANCING**

PRESENT: HON. JAMES D. GREGG

It appearing that Debtor filed its Motion to Approve Exit Financing, pursuant to 11 USC § 364 (c); Debtor having properly served notice and a hearing having been held on January 27, 2010 with the Debtor, Debtor's Counsel, and the US Trustee's Counsel having appeared, there being no objections raised and the Court being fully informed, **NOW THEREFORE**

**IT IS ORDERED** that Debtor's Motion to Approve Exit Financing with Crestmark Bank in accord with the terms negotiated by Carl Homrich, CEO of Auto Cast, Inc., may and is hereby approved.

**IT IS FURTHER ORDERED** that a copy of this Order shall be served on Debtor, Debtor's Counsel and the US Trustee.

**END OF ORDER**